# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 8:89-CR-247-T-EAK-EAJ

ISNY JOSEPH
_____/

### **ORDER**

Defendant, proceeding *pro se,* has filed a motion pursuant to 18 U.S.C. § 3582(c) for

reduction of his sentence based on the retroactive application of Amendment 750 to the United

States Sentencing Guidelines (Doc. 21)  Prompted by this motion, the Court has determined that

the question of whether the defendant may be eligible for a sentence reduction under the

amendment should be addressed.  Accordingly, the Court, pursuant to 18 U.S.C. Sec 3582(c)(2),

issues the following directives:

1) The motion for appointment of counsel is **granted** and  Office of the Federal Public

Defender is appointed to represent Defendant for the purpose of seeking a reduction of

Defendant's original sentence and shall file a notice of appearance, a notice of conflict, or a

notice that Defendant is not eligible for the services of the Public Defender within seven (7) days

of this order.  If a notice of conflict is filed, the Court will appoint CJA counsel to represent

Defendant.  This appointment of counsel does not deprive Defendant of the right to retain private

counsel should he/she have the financial resources to do so.

2) If not already filed, the United States Attorneys Office shall cause a notice of

appearance to be entered on behalf of the Government within seven (7) days of this order.

3)  The United States Probation Office shall provide this Court, Defendant's counsel, and Government counsel a supplemental presentence report within forty-five (45) days of this order, subject to an extension of time upon request by the Probation Office.  The supplemental report shall address the issues of whether Defendant is eligible for a reduction of his/her sentence and, if so, whether Defendant is suitable for such a sentence reduction pursuant to the provisions of the Amendment and U.S.S.G. Sec 1B1.10 which became effective on March 3, 2008.  If the Probation Office determines that Defendant is eligible for a reduction of sentence, the supplemental report shall specifically include the following: (a) a proposed calculation of the new guideline range or the percentage below the guideline range as appropriate; (b) a report on the institutional adjustment of Defendant as it becomes available from the Bureau of Prisons; c) a report on the danger of Defendant to the public based on information made available by the Bureau of Prisons; and (d) a report on the post-release plans of Defendant.

4) Defendant's counsel and the Government shall file a response to the Probation Office's supplemental report within sixty (60) days of the receipt of the supplemental report. Prior to filing their responses, counsel shall confer personally in a good faith effort to resolve any disputes with regard to Defendant's eligibility and suitability for a sentence reduction and shall include in their responses the issues upon which they agree or disagree.  In the event counsel agree on the appropriate disposition of the matter, they shall file a stipulation to that effect.

5) Upon receipt of counsels' responses or joint stipulation, the Court will either issue an order based on the supplemental report and responses or joint stipulation or convene a hearing.

6) In the event the Court rejects counsels' joint stipulation as to the appropriate disposition of the matter, the Court will enter an order advising counsel of that fact and will

allow counsel an additional period of time to supplement their responses before deciding the merits of the motion either on the written submissions or by way of a hearing.

7) The Clerk's office is directed to furnish a copy of this order to the Office of the Federal Public Defender, the United States Attorneys Office, the United States Probation Office, and the Defendant at his/her address.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this 17th day of September, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record